OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

Neal C. Belgam
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
Email: belgam@blankrome.com

RE: <u>Investenergy, SA., v. The Appian Advisors LLC., et al.</u>
    Civ. No.: 99-392 GMS

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS:    3, 4, 5, 12, 13, 19, 20, 24, 25, 26, 27, 28, 29, and 32.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above-mentioned documents on _____.

_____
Signature